JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION OHAYON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., JPMORGAN CHASE BANK, N.A., F/K/A CHASE BANK (USA) N.A.,<br><br>　　　　Defendants. | No. 2:20-CV-00234-JAK (MAAx)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (DKT. 34)** |

Based on a review of the "Stipulation to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)" (the "Stipulation" (Dkt. 34)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed in its entirety with prejudice. All hearings currently scheduled in this action are vacated. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: December 11, 2020

John A. Kronstadt
United States District Judge